■ In the Matter of URMEALA R., Respondent, v KUSAW M., Appellant. [931 NYS2d 855]—

The determination that respondent committed the offense of harassment in the second degree was supported by a fair preponderance of the evidence (*see* Penal Law § 240.26; Family Ct Act § 832). The record shows that on various occasions, respondent pinched petitioner, pulled her hair and kicked her in the stomach at a time when she was pregnant. There exists no basis to disturb the credibility determinations of the court (*see Matter of Hunt v Hunt*, 51 AD3d 924, 925 [2008]). Concur— Gonzalez, P.J., Tom, Sweeny, Renwick and Román, JJ.